FARMERS' LOAN & TRUST CO. v. TREAT. Collector.

(Circuit Court, S. D. New York. June 10, 1909.)

Turner, Rolston & Horan, for plaintiff.

Henry L. Stimson, U. S. Atty., for defendant.

LACOMBE, Circuit Judge. This cause is in all respects similar to Central Trust Co. v. Treat, 171 Fed. 301, in which a memorandum of decision is filed to-day, and will be similarly disposed of.